United States District Court
Eastern District of New York

RE: Andre Juste

Andre Juste
599 Ralph Avenue
Brooklyn, NY 11233

MaxJuste Tirade & Vim Andre Juste
40 Ann Street
New York, NY 10038
        Plaintiffs

against

Resident Agency
Martinsburg Wes't va.
P.O. Box 432
217 W King Street
Martinsburg, WV 22001
-
Satelite Office
ERie Pennsylvania
717 State Street suite 400
ERie Pennsylvania. 16501
-
William J. Green building
Pittsburgh Office
600 Arkon Street
Pittsburgh Pennsylvania 19160)

ORIGINAL

CV 14-7109

RECEIVED
DEC 03 2014
PRO SE OFFICE

Notice of Complaint
Jury by Trial Demand

Edward J ... (name)
600 anton Street 8th Floor
Pittsburgh PA 19160

Federal Bureau Investigation
Pittsburgh Office
3311 East Carson Street
Pittsburgh Pennsylva 15203

Pittsburgh Leadership Agent,
Scott S. Smith FBI Agent
3311 Easte Carson Street
Pittsburgh, PA 15203

Federal Bureau Investigation
Headquoters Office
935 Pennsylvania Ave. N.W
Washington, DC 20505

Robert F Mueller (Chief Agent
James S. Yacone Director Agent
935 Pennsylvania Aver N.W
Washington, DC 20
in the Official, Personal, Individuals
Personal, Personnel Authority Capacity
        Defendants'

Complaint

ω The Complaint of Plaintiffs Andre Juste and MotJuste Tirade of Uim Andre Juste, Respectfully Shows and alleges as follows:

1.

The Plaintiffs' herein was a Resident Martinsburg of Berkeley County, West Virginia - Now is a Resident of the State of New York Plaintiff's Andre Juste resides at 599 Ralph Avenue Brookly New York

2.

Plaintiffs' MotJuste Tirade of Vims Andre Juste also was a1 small Non-Profit Organizational form In Berkeley County, Martins burg, West Virginia, then within the Mailing address is 40 Ann street, New York New York.

3. Defendants herein, Edward J. Hanko, is/has a Principal place of Business or Corporation Administrative federal Bur reau IN Vestigation (FBI Chief at 600 Arkon Street 8th floor Pittsburgh, Pennsylvan as Parental of Resident Agencies

4.

Defendant Erie Pennsylvania is a Satelite sagency Wer Resident Agency Berkeley County Martinsburg Branch at 717 State street Stu 400 Erie, PA

Martinsburg Branch is federe federal Bureau INVestigation (fbi) of Berkeley County, West Virg Known as Resident Agency at P.O. Box 952 217 King street between Suite 102 and Room 400 Mart West Virginia.

5. Plaintiffs' Andre Juste and Md Juste Tirad Vim Andre Juste are suing the principal FBI a parental Corporation Of, And Erie PennSylvania S office who is over the Resident Agency Martinsbu Branch of Berkeley county, West Virg, a

6.
On September 2013 when an unknow Agents and representives and sending Cia to And Juste, Plaintiffs' Andre Juste in wall-Mort Parki lot talking to his re' Rev. From the Destiny Baptis Church 114 Raleigh Street Martinsburg, WV was a Previous member,

7. when two and three white Man Pulled i front of Wall-Mart in a big-Green diesel truck Sent a Cia asking (Me) Plaintiff About a law suit laintiffs' was talking with Reverend Reese... hen Cia stated Am I still, will, the Plaintiffs' s going to file the law suit against the individe who wrongfully Accused Plaintiffs of Robery the Inited Bank in shepherdstown, WV and Published PP

Henceforth, Defendants' has been launched from that September 2013 Maliciously racketies Investigation, harassment, tort of harassment, stalking Stalking Plaintiffs Andre Juste in the Entire Martinsburg of Berkeley County, West Virginia,

9. The Defendants Stalking the Plaintiffs Andre Juste even in the church — From Destiny Baptist Church by Engaging individual person has co-Defendants to trapping the Plaintiff Juste with Planning 000 drug into him and Possession

10. for and then Approximated three Months of trapping Plaintiffs' Juste while the Defendants Aimed to Set me up with drugs in Martinsburg, WV — The Lord of God grace and Mercies was upon me favorously allowed two filed two law suits one in October and the Second in December while

11. while ongoing Martinsburg Branch Resident scheme Investigative tactics, God grace me the shade of meries to relocated to Washington, DC to Start Fresh and the Dependants was/are still being have been Stalked Plaintiffs' Andre Juste to the District of Columbia where the Plaintiffs Juste resided shelter to Shelter and the Defendants' who Engaged individual person as co-Defendants to trap, trap Plaintiff Juste about (6) Six Months in Washington, DC

12. Plaintiffs Justes was being following by individual person who in concert committed the Act of terrorism against the plaintiff Juste, 28 U.S.C _____ and tampering with the plaintiffs Physical Evidence, Personal indentifying information Business Documents and personal that was collected by other Resources, Invid collecting, copied, paste, Modified, Made. and Hacking through District of Columbia to D the Defendants obtained unlawfully.

13.
It is against the Constitution of the United States and the Bill of Rights to Persecute, Malicious tactics investigation, tort, Stalked, harassment. the violation of National treaties, Prohibited any individuals Person, Officer, Agency, Government and federal Not to violate the Plaintiffs' Andre Juste Civil right and Civil liberties of the Act of Independant Bills of Rights declaration

14. There fore, Resident Agency Martinsburg Branch agents, federal Brau Bureau Investigation (FBI) are in Violation the paragraph 12, 13, 8, 9 of the Plaintiff Andre Juste Civil liberty and Equal protection. which Plaintiffs' brought a civil action pursuant 42 U.S.C. 1983 Alleging verbal harassment and tampering with his food in Violation of (8) Eight Amendment 2t Seq. also. in the state of New York.

Martinsburg Branch/Agents out of their dur Jurisdiction intentionally and maliciously institutes or pursue or causes to be instituted and pursued the Plaintiffs Andre Juste Improper purpose —

16. Here after, the Plaintiffs are sued Defendants Gina. M. Groh, James E. Seibert, and Williams J. Ihlenfeld legal Action that brought with out probable cause The federal agents Martinsburg Branch to Maliciously Prosecution in New York State, Engaged individuals as Co-Defendants to Collectively and tampering with the Plaintiffs physical documents and Personal Identifying If Information through to the Defendants

17. On the behalf of Defendants Gina M. Groh, James E. Seibert and William J. Ihlenfeld Jr. II who have been sued that action is dismissed in favor of the Persons against whom it was brought

Where fore, the Plaintiffs/ demanded Judgment, against the Resident Regency Martinsburg West Virginia and its Satelite Office, Pittsburgh Office who Cover the Entire State of West Virginia, include the counties, including the FBI Headquaters Offices in Execess of $ 500,000,000.00 Pursuant to 28 U.S.C 1332 (d)(2)(A).

Relating to the Plaintiffs title to his business document legal physically document Business license, USB Flash Drive, Hand drive, Birth Certifate, Burial Certificate

and other Materials that the Defendants Martins burg Branch Agents unlawful obtained through Indi vidual Persons as co-defendant

The quality of his Plaintiff business, and the quality of its products damages to Plaintiffs Business relationships with gaining the Plaintiff Personall and Physical INDentifying Per INforma- tion and Documents together with Other relief the finds to be Just and Proper connection tampering

Andre Juste

December 9, 2014

Andre Juste
599 Ralph Avenue
Brooklyn, NY 11233
Military Title of Us Army
1100 Ann Street
New York, NY 10038

FILED
CLERK

2014 DEC -3   AM 10: 29

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK